IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:14-cr-00650-CRB |
| Plaintiff, | **ORDER RE EX PARTE SUBMISSION** |
| v. | |
| RANDALL GREGORY BASS, | |
| Defendant. | |

At a status conference on March 17, 2015, the defense moved for disclosure of a portion of a state search warrant, titled "Attachment 1," which was previously sealed by the California Superior Court. That search warrant resulted in the seizure of a semiautomatic AK-47 assault rifle which forms the basis of the current federal indictment against the Defendant. The defense sought disclosure of Attachment 1 on the grounds that it was necessary in order for the defense to evaluate whether to challenge probable cause for the warrant on a motion to suppress. The government opposes disclosure on the grounds that it would risk revealing the identity of a confidential informant whose tip provided part of the probable cause supporting the search warrant in question. Pursuant to this Court's order, the government submitted Attachment 1 for in camera review.

Having reviewed the government's ex parte submission, the Court agrees that none of the relevant factors weigh in favor of disclosing the informant's identity at this time, and

that underlying circumstances are such that disclosure of Attachment 1 would tend to reveal the informant's identity.  See, e.g., United States v. Gonzalo Beltran, 915 F.2d 487, 488–89 (9th Cir. 1990).  However, the Court ORDERS that the redacted version of Attachment 1, as it appears as Exhibit C to the Joiner Declaration in the governments ex parte submission, be disclosed to the defense.  If the defense nevertheless wishes to challenge probable cause, the Court will set a briefing schedule and hold an ex parte, in camera hearing as necessary.

**IT IS SO ORDERED.**

Dated: April 2, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE